FILED

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 08 2011

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10310 |
| Plaintiff - Appellee, | D.C. No. 2:02-cr-00645-SRB |
| v. | |
| DEWAYNE ASKINS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Dewayne Askins appeals from the district court's order denying his 18

U.S.C. § 3582(c)(2) motion for reduction of sentence. Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Askins' counsel has filed a brief stating there are

no grounds for relief, along with a motion to withdraw as counsel of record. We

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.